1  Kym Samuel Cushing, Esq.
   Nevada Bar No. 4242
2  Raymond E. McKay, Esq.
   Nevada Bar No. 8569
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  kym.cushing@wilsonelser.com
   raymond.mckay@wilsonelser.com
6  Attorneys for Defendant ALBERTSON'S, LLC

7                   UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  SUSAN ARETHA SIMS,                    | CASE NO.: 2:15-cv-00223-JAD-PAL

10         Plaintiff,

11    v.

12  THE LAS VEGAS BOULDER CROSSING
    COMPANY, LLC dba ALBERTSON'S #6059;
13  NEW ALBERTSON'S, INC.; ALBERTSON'S,
    LLC; ALBERTSON'S HOLDINGS, LLC; DOE
14  CLEANING COMPANY; DOES 1 – 20 and ROE
    BUSINESS ENTITIES 1 – 20, inclusive,
15
           Defendants.
16

17          **STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS**

18       Defendant ALBERTSON'S LLC ("Defendant"), by and through its attorneys of record,

19  KYM SAMUEL CUSHING, ESQ. and RAYMOND E. MCKAY, ESQ. of the law office of

20  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff SUSAN ARETHA

21  SIMS ("Plaintiff"), by and through her counsel, SETH R. LITTLE, ESQ. of the RICHARD HARRIS

22  LAW FIRM, hereby stipulate and agree to dismiss certain claims alleged in plaintiff's complaint.

23       Plaintiff and defendant hereby agree that the following shall be dismissed, with prejudice,

24  . . .

25  . . .

26  . . .

27  

28  

821420v.1

from plaintiff's complaint herein: any and all claims for lost wages and/or future earning capacity on behalf of the plaintiff.

Dated this ___ day of _____, 2015.        Dated this 25th day of July, 2015.

WILSON, ELSER, MOSKOWITZ,                    RICHARD HARRIS LAW FIRM
EDELMAN & DICKER LLP

_____                    _____
Kym Samuel Cushing                           Seth R. Little, Esq.
Nevada Bar No. 4242                          Nevada Bar No. 10664
Raymond E. McKay                             801 South Fourth Street
Nevada Bar No. 8569                          Las Vegas, NV 89101
300 South 4th Street, 11th Floor             Attorney for Plaintiff
Las Vegas, NV 89101                          SUSAN ARETHA SIMS
Attorneys for Defendant
ALBERTSON'S LLC

## ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that any and all claims by the plaintiff for lost wages and/or future earning capacity are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

BY: _____
Kym Samuel Cushing
Nevada Bar No. 4242
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorney for Defendant
ALBERTSON'S LLC

821420v.1