**KYM SAMUEL CUSHING, ESQ.**
Nevada Bar No. 4242
**VIRGINIA T. TOMOVA, ESQ.**
Nevada Bar No. 12504
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
Kym.Cushing@wilsonelser.com
Virginia.Tomova@wilsonelser.com
Attorneys for Defendant ALBERTSONS, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN ARETHA SIMS,<br><br>Plaintiff,<br><br>v.<br><br>THE LAS VEGAS BOULDER CROSSING COMPANY, LLC dba ALBERTSON'S #6059; NEW ALBERTSON'S, INC.; ALBERTSON'S, LLC; ALBERTSON'S HOLDINGS, LLC; DOE CLEANING COMPANY; DOES 1 – 20 and ROE BUSINESS ENTITIES 1 – 20, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-00223-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff SUSAN ARETHA SIMS ("Plaintiff") by and through her counsel of record SETH R. LITTLE, ESQ. of the RICHARD HARRIS LAW FIRM and Defendant ALBERTSON'S, LLC, by and through its counsel of record KYM SAMUEL CUSHING, ESQ. and VIRGINIA T. TOMOVA, ESQ. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP,

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1099120v.1

Page 1 of 2

1  hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each
2  party to bear their own fees and costs.
3  Dated this ___ day of January, 2017.                    Dated this ___ day of January, 2017.

**WILSON, ELSER, MOSKOWITZ,**                              **RICHARD HARRIS LAW FIRM**
**EDELMAN & DICKER LLP**

KYM SAMUEL CUSHING, ESQ.                                   SETH R. LITTLE, ESQ.
Nevada Bar No. 4242                                        Nevada Bar No. 10664
VIRGINIA T. TOMOVA, ESQ.                                   801 South Fourth Street
Nevada Bar No. 8569                                        Las Vegas, Nevada 89101
300 South 4th Street, 11th Floor                           Attorney for Plaintiff SUSAN ARETHA SIMS
Las Vegas, NV 89101
Attorneys for Defendant ALBERTSON'S, LLC

**ORDER**

IT IS SO ORDERED.

Dated February 3, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
**& DICKER LLP**

BY: _____
   KYM SAMUEL CUSHING, ESQ.,
   Nevada Bar No. 004242
   **VIRGINIA T. TOMOVA, ESQ.**
   Nevada Bar No. 012504
   300 South Fourth Street, 11th Floor
   Las Vegas, Nevada 89101
   Attorneys for Defendant ALBERTSON'S, LLC

1099120v.1